AO 93 (Rev. 11/13) Search and Seizure Warrant



# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )   Case No. 1:18 mj 107
 )
An Apple iPhone X cellular telephone, model: )
MQCP2LL/A, MEID: 35305709087285, currently located )
at 3701 West Wendover Avenue, Greensboro, NC 27495 )

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the  _____Middle_____ District of _____North Carolina_____
*(identify the person or describe the property to be searched and give its location):*

An Apple iPhone X cellular telephone, model: MQCP2LL/A, MEID: 35305709087285, currently located at 3701 West Wendover Avenue, Greensboro, NC 27495

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized):*

The items described in Attachment A.

**YOU ARE COMMANDED** to execute this warrant on or before _____ *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.   ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____the Honorable Joe L. Webster_____ .
 *(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
  ☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued: __4/10/18  10:52__   _____/s/_____
                                             *Judge's signature*

City and state:  Durham, N.C.                Honorable Joe L. Webster, U.S. Magistrate Judge
                                             *Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: | Date and time warrant executed: 5/16/2018 at 9:00 A.M. | Copy of warrant and inventory left with: Greensboro USPIS Domicile |
| Inventory made in the presence of: USPIS Forensic Computer Analyst Ed Waters | | |
| Inventory of the property taken and name of any person(s) seized: | | |

Digital copy of cellular telephone contents recorded and preserved

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 5/22/2018

*Executing officer's signature*

Al Sanabria / U.S. Postal Inspector
*Printed name and title*